PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 08/2021)

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**

Imminent danger of physical injury

Gabriel Salas #0565059
Plaintiff's Name and ID Number

Tarrant County Jail-100 N. Lamar Ft.worth Tx 76196
Place of Confinement

CASE NO. 4-24CV-038-O
(Clerk will assign the number)

v.

C/o Acosta 100 N. Lamar St. Ft.worth Tx 76196
Defendant's Name and Address

C/o Ramirez 100 N. Lamar St. Ft.worth Tx 76196
Defendant's Name and Address

Defendant's Name and Address
( DO NOT USE "ET AL.")

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JAN 11 2024
CLERK, U.S. DISTRICT COURT
By ______ Deputy

**INSTRUCTIONS - READ CAREFULLY**

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $52.00 for a total fee of **$402.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $52.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:

A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ✓ YES __ NO

B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

1. Approximate date of filing lawsuit: year 2019 ?
2. Parties to previous lawsuit:
   Plaintiff(s) Salarcio
   Defendant(s) Trejo Littleton, Mehgan Lun
3. Court: (If federal, name the district; if state, name the county.) Northern District
4. Cause number: I Don't Know #
5. Name of judge to whom case was assigned: Mark Pittman
6. Disposition: (Was the case dismissed, appealed, still pending?) I Voluntarily dismissed case
7. Approximate date of disposition: ?

II. PLACE OF PRESENT CONFINEMENT: 100 N. Lamar St. Ft. Worth TX 76196

III. EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure? ✓ YES ___NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV. PARTIES TO THIS SUIT:

A. Name and address of plaintiff: Gabriel Salas
100 North Lamar Street
Fort Worth Texas 76196

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: Correctional officer Acosta, Sargent, Tarrant County Jail
100 N. Lamar Street Fort Worth Texas 76196

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Smashed my head with his boots, Caused irreparable damage to my [illegible] put me in imminent danger of physical injury

Defendant #2: Correctional officer Ramirez, 1st Shift officer, Tarrant County Jail
100 North Lamar Street Fort Worth, Texas 76196

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Bruise my Nose, Smashed my head into cell wall put me in imminent danger of physical injury

Defendant #3:

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #4:

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #5:

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

# Tarrant County Sheriff's Office

# Grievance Response Form

| G243785 | 12/27/2023 | INTAKE | | 30. OFFICER CONDUCT UNP |
|---|---|---|---|---|
| *Number* | *Received Date* | *Assigned To* | *Close Date* | *Classification* |

| 73 C | SALAS, GABRIEL P | 0565059 |
|---|---|---|
| *Housing* | *Name* | *CID* |

*Grievance Response Summary*

YOUR GRIEVANCE HAS BEEN RECEIVED IN OUR OFFICE FOR INVESTIGATION. YOU WILL RECEIVE A RESPONSE WITHIN 60 DAYS.

*"Grievance procedures are described in the Inmate Handbook. In the event you have lost or misplaced your Inmate Handbook, you may request a replacement from the housing officer."*

# Witness affidavit

I Michael Lozano CID # 0714862 did Witness 2 officers Acosta/Ramirez assault inmate Salas, Gabriel on March 12th, 2023 at cell 55A-12 Cameras can verify C/O Ramirez Slammed Victims face into cell wall, Brutally injuring Salas and caused Serious bodily injury to plantif, C/O Acosta then yanked plantif Salas head and Violenty slammed him back into the cell on the ground causing nose bleed.

I Swear under Oath and Penalty of perjury that this is a true Witness Statement

Michael Lozano CID 0714862
In jail for Arson case # 1718097
D.O.B: 02-17-1989

Todays Date: 03-24-2023

X Michael Lozano
100 N Lamar St
Ft Worth, TX 76196

**[REQU]EST FOR SERVICES**

DATE 03-13-2023

DOB 08-10-1983

565059

LOCATION 55A-12
Floor/Tank/Pod/Cell

Gabriel Salas
PRINT YOUR NAME

[TO]: CIRCLE THE PERSON TO WHOM THIS REQUEST IS MADE

Lopez 69298

| | | |
|---|---|---|
| | UNIT CAPTAIN | WATCH COMMANDER |
| [SE]C. DESK | LAW LIBRARY | FOOD |
| [CH]APLAIN | PROPERTY OFF. | COMMISSARY |
| [NO]TARY | MAIL OFFICER | CLASSIFICATION |
| [TA]NK OFFICER | | DENTAL |
| [M]EDICAL | | BOND |
| [C]OURT DATE | CHARGE(S) | RELEASE DATE |
| [C]ASE NUMBER | FINE | |
| [O]THER | | |

[W]RITE REQUEST HERE:

C/o Ramirez brooke my Nose I'm bleeding
and C/o Acosta assaulted me in the
head and arms with his boots
I Need to see Medical

CONTROL #

ACTION TAKEN:
inmate Salas, Gabriel
Seen By Medical on 3-20-2023
Noted, inmate has a Broken Nose
and Scars on elbow from a staff
member assaulting him on 3-12-2023
No further Action

Officer Lopez #69298 03-21-202[3]
OFFICER DATE

CFMT-5 GPC-0292 Rev. 8-96

Imminent danger of physical injury

# TARRANT COUNTY JAIL
# INMATE GRIEVANCE FORM

File Nbr.__________

*Press hard when writing*

**Name** Gabriel Salas **CID No.** #0565059

**Housing Assignment** T3C #2 Cell **Date** 03-24-2023

**Is this an "American with Disabilities Act (ADA) Complaint?** **Yes** ☑ **No** ☐

**State your problem as briefly as possible. Place in a "Grievance Envelope", seal and submit to Housing Officer. Keep pink (last) copy for your records.**

I'm an American with a Mental disability on 3-12-2023 C/O Ramirez and C/O Acosta assaulted me in 5SA-12 cell putting me in imminent danger by causing physical injury, Ramirez pulled my hair back and said he would try to murder me if I didn't shut up Camera in 5SA-12 on 3-12-2023 can verify I was brutally assaulted by both officers in my cell Area I wish to File charges on both Correctional officers and since then they've been Following me harassing me Bill Wayburn is @ Fault I demand a Reply From grievance Committee

**GRIEVANCE OFFICE USE ONLY******************DO NOT WRITE BELOW THIS LINE**

**Grievance Officer** __________ **Date** __________ **Code** __________

**Referred to** __________ **Date** __________ **Time** __________

**Response by** __________ **Date** __________ **Time** __________

**GRIEVANCE SUMMARY RESPONSE**

White Copy To File Canary Copy To Inmate (Grievance Response) Pink Copy For Inmate Retention

S-101 GPC-1699 REV. 06-06

* Statement of Claim:

on 3-12-2023 I was approached by C/o Ramirez and C/o Acosta about why I had Filed a previous lawsuit on Female C/o Trejo, a Civil Suit in which I Voluntarily dismissed Since I Forgave mr. C/o Trejo

C/o Ramirez and C/o Acosta Came to my cell 55A-12 in the New Jail and asked me to put my hands behind my back. they said if I did not Comply they would Simply assault me thus putting me in Imminent danger of physical injury

I Complied and as I was handcuffed from behind C/o Ramirez grabbed me and pushed me up against the wall, he pulled my hair back and pushed my Face into the wall breaking my Nose .... I Started bleeding Immediately and then C/o Acosta threw me on the cell Floor in 55A-12 cell where blood was all over the Floor and then he Stomped on my right arm while bending my arms back while still in handcuffs and he Smashed my head with his boots Causing me Severe pain and injury and [illegible] scars on right arm

View of Cameras on date 3-12-2023 55A-12 cell can show this injury take place I filed 5 grievances on 3-12-2023 but the grievance Commander refused to file a response the officer just looked at the damage and laughed putting me in further imminent danger of physical injury I filed all my grievances strongly imminent danger and [illegible] Sixmin dollars money relief for [illegible] injuries

V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

I'm filing under ~~[illegible]~~ Imminent danger of physical injury

VI. RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Sue C/o Acosta Jr For 2 million dollars Monetary Relief
File Waiver of Sovereign government immunity Sue C/o Remirez Jr For 2 million dollars Monetary relief

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

Gabriel Salas

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

N/A

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ____ YES ✓ NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give the district and division): N/A
2. Case number: N/A
3. Approximate date sanctions were imposed: N/A
4. Have the sanctions been lifted or otherwise satisfied? N/A YES ____ NO

C. Has any court ever warned or notified you that sanctions could be imposed? ✓ YES ___ NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

1. Court that issued warning (if federal, give the district and division): Northern Dismo
2. Case number: N/A
3. Approximate date warning was issued: 2019

Executed on: 12-21-2023
DATE

(Signature of Plaintiff)

**PLAINTIFF'S DECLARATIONS**

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this 21st (Day) day of December (month), 2023 (year).

(Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

Gabriel Salas
Cid#0565658
100 North Lamar Street
Fort Worth, Texas 76196






Please File 1983 Civil Suit
UNITED STATES DISTRICT COURT CLERK
OFFICE OF THE CLERK
NORTHERN DISTRICT OF TEXAS
501 West Tenth Street., Room 310
FORT WORTH, TEXAS 76102

* Legal mail *