IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| GABRIEL SALAS, <br> aka Gabriel Salascio and <br> Gabriel Paul Salas, <br> (Tarrant No. 0565059), <br><br> Plaintiff, <br><br> v. <br><br> CORRECTIONAL OFFICERS <br> ACOSTA AND RAMIREZ, <br><br> Defendants. | § § § § § § § § § § § § § | Civil Action No. 4:24-cv-038-O |

## FINAL JUDGMENT

In accordance with the order issued this same day and Federal Rule of Civil Procedure 58, it is **ORDERED, ADJUDGED,** and **DECREED** that this action is **DISMISSED** as barred by the three strikes provision of 28 U.S.C. § 1915(g).

**SIGNED** this **18th day** of January, 2024.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**